HARLOW SPANIER & HECKELE, PLLC
4007 E. Paradise Falls Dr., Ste. 212
Tucson, Arizona 85712
(520) 352-0008
(520) 303-9944 fax
**Mark W. Heckele**
SBN: 027588, PCCN: 66271
mark@reallawtucson.com
**Scott A. Weible**
SBN: 009339, PCCN: 66782
saw@reallawtucson.com

Attorneys for Plaintiff Jamon Nester

# IN THE UNTIED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMON NESTER, | Case No. 4:16-cv-00254-CKJ |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| SELECT PORTFOLIO SERVICING, INC.; and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE ACQUISITION TRUST 2007-CHS ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-CHS, | Assigned to: Hon. Cindy K. Jorgenson |
| Defendants. | |

COMES NOW Plaintiff Jamon Nester, by and through undersigned counsel, and hereby gives notice of dismissal of the above-captioned action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A). As defendants have not filed an answer or a motion for summary judgment, no order of the Court is required.

/ / /

1   RESPECTFULLY SUBMITTED this 24th day of June, 2016.

2   HARLOW SPANIER & HECKELE, PLLC

3

4   Mark W. Heckele
    Scott A. Weible
5   *Attorneys for Plaintiff*

6

## CERTIFICATE OF SERVICE

I hereby certified that on the 24th day of June, 2016, I electronically transmitted the foregoing document and any attachments to the Office of the Clerk of the United States District Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kim R. Lepore, *Esq.*
Jamin S. Neil, *Esq.*
WRIGHT, FINLAY & ZAK, L.L.P.
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254
*Counsel for Defendants* Select Portfolio Servicing, Inc. and Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5

/s/ April Brennan, C.P.